IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAHEEM ROBINSON, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 09-3587 |
| v. | : | |
| | : | |
| JOYCE ADAMS, et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

**AND NOW**, this 3rd day of August 2010, upon consideration of Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 27), Defendants' Response in Opposition (Doc. No. 30), and Plaintiff's Reply in Support of the Motion for Leave (Doc. No. 31), and for the reasons set forth in the Court's August 3, 2010 Memorandum, it is **ORDERED** as follows:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 27) is **GRANTED**.

2. Lieutenant Hopkins and Corrections Officer John Doe shall be added as Defendants.

3. Plaintiff's Amended Complaint, which is attached as Exhibit "A" to Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 27), shall be docketed and filed.

4. The caption shall be amended to read: *Robinson v. Hopkins, et al.*

BY THE COURT:


 /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.